

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

___

No. 07-24-00234-CR

___

**EX PARTE HERMAN BRENT BROOKS**

___

ORIGINAL PROCEEDING

___

July 16, 2024

## MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Herman Brent Brooks, proceeding pro se, filed a document with this Court requesting release from the Hockley County Detention Center after his arrest for "burglary of a building." We have construed the document as a pretrial application for writ of habeas corpus.

Intermediate courts of appeals do not have original habeas corpus jurisdiction in criminal law matters. *See* TEX. GOV'T CODE ANN. § 22.221(d) (limiting original habeas jurisdiction of intermediate appellate courts to civil cases); *Ex parte Hawkins*, 885 S.W.2d 586, 588–89 (Tex. App.—El Paso 1994, orig. proceeding) (per curiam). That jurisdiction instead rests with the Court of Criminal Appeals, the district courts, and the county courts.

*See* TEX. CODE CRIM. PROC. ANN. arts. 11.05, 11.08, 11.09; *Ex parte Hawkins*, 885 S.W.2d at 588.

Consequently, we dismiss Brooks's application for writ of habeas corpus for want of jurisdiction.

Per Curiam

Do not publish.